UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-21372-Civ-COOKE/GOODMAN

SHARON SHELTON,

    Plaintiff,

vs.

JAMES FULFORD, and
DORAL 7 CORP, INC.,

    Defendants.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before me upon U.S. Magistrate Judge Jonathan Goodman's Report and Recommendations on FLSA Settlement ("Report") (ECF No. 24). The Parties' Joint Motion for Settlement Approval (ECF No. 19) was referred to Judge Goodman pursuant to 28 U.S.C. § 636(b)(1)(A). *See* ECF No. 20.

Judge Goodman recommends I find the parties' settlement agreement to be fair and reasonable and approve the settlement. Judge Goodman also recommends the action be dismissed with prejudice and this Court retain jurisdiction to enforce the terms of the Parties' settlement. Neither party objected to Judge Goodman's Report and Recommendation and the time to do so has passed. After reviewing the Motion, Judge Goodman's Report, and the Settlement Agreement in accordance with *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), I find Judge Goodman's Report clear, cogent, and compelling.

Accordingly, Judge Goodman's Report (ECF No. 24) is **AFFIRMED and ADOPTED** as Order of this Court. It is hereby **ORDERED and ADJUDGED** as follows:

1. The Joint Motion for Settlement Approval (ECF No. 19) is **GRANTED**.
2. The Parties' Settlement Agreement is **APPROVED**.
3. This case is **DISMISSED** *with prejudice*.
4. This Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

**DONE and ORDERED** in chambers, at Miami, Florida, this 17th day of December 2020.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*